# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| | § | **CASE NUMBER 6:19-CR-11** |
| **v.** | § § § § | |
| **TIMMY LYNN VAUGHN** | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
## OF FACT AND RECOMMENDATION ON GUILTY PLEA

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge K. Nicole Mitchell regarding Defendant's plea of guilty to Count 1 of the Indictment charging Defendant with a violation of 18 U.S.C. § 1014—False Statement to Bank.

Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept Defendant's guilty plea. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed on May 2, 2019, are hereby **ADOPTED**.

It is further **ORDERED** that Defendant's guilty plea is accepted and approved by the Court. Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report.

It is finally **ORDERED** that, pursuant to Defendant's plea agreement, the Court finds Defendant, Timmy Lynn Vaughn, **GUILTY** of Count 1 of the Indictment in the above-numbered cause and enters a **JUDGMENT OF GUILTY** against Defendant as to Count 1 of the Indictment.

So **ORDERED** and **SIGNED** this **3rd** day of **May, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE